IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANGELA R. JONES
7 HARRIS STREET
ATLANTA, GEORGIA 30030, Plaintiff

DEXTER KING, MARTIN KING III, BERNICE KING, CHERYL HARRISON
YOLONDA KING (NOT DEAD), CORETTA KING (NOT DEAD, WALKER NOW)
KING CENTER (DEXTER-MARTIN ACCT)
449 Auburn AVE NE
ATLANTA, GEORGIA 30312 , Defendant(s)

CIVIL ACTION NO 3:09CV239
RELATED TO CASES:
3:09 CV 223
3:09 CV 233
3:09 CV 234
3:09 CV 229
3:09 CV 206
3:09 CV 207

RECEIVED 2009 APR 20 CLERK US DISTRICT COURT RICHMOND, VIRGINIA

I Angela Renée Jones _____ say that I the plaintiff in the above case entitled by law to file this civil suit due to criminal activity in the listed defendants. The King family are not only criminal, they continue to stalk, steal and real identity thieves in the computer called a Sword (Martin L. King Jr and wife Coretta King had just received the month before he died). They had received the computerized eye balls and ears and had plans to take me out of mine at 10 years, I had from birth November 26, 1958 Girl. His death is recorded through his own eyes and others in the room to be sued, Jessie Jackson, Hosea Williams, those gathered at the Lorraine that day. (Andrew Young criminal still).
The Kings have illegally moved in the last two years over $300 million dollars that belong to me, they have used the Sword and banks started with my money to come in and create fraud like they have been wrong, they have not they are only thieves. They have had illegally activity in Wachovia (large property accounts mine, transportation...) Suntrust, Citizen Trust, and others starting new bank in and out of the US.
Coretta died in Mexico and she didn't die. They keep putting people to sleep like that, she is recorded telling them it was better for her to do it that way. (Never planned to be exposed).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANGELA R JONES
7 HARRIS Street
Atlanta, GEORGIA 30030, Plaintiff

DEXTER KING, MARTIN KING III, BERNICE KING, Cheryl Harrison
YOLOND KING (Not Dead), CORETTA KING (NOT DEAD, WALKER NOW)
KING CENTER (DEXTER-MARTIN ACCT)
449 AUBURN AVE NE
ATLANTA, GEORGIA 30312 , Defendant(s)

CIVIL ACTION NO _____
RELATED TO CASES:
3:09 CV 223
3:09 CV 233
3:09 CV 234
3:09 CV 229
3:09 CV 207
3:09 CV 206

They continue to take up resident on properties that are mine and steal wire checks and mail.
The family member Cheryl Harrison and her husband continue to move money out of Capitol City Bank, that I am the OWNER of (New Birth Richmond they call themselves Pastors of formerly under Eddie L. Long) George Andrew Capitol City Bank President not owner wife gave Cheryl Harrison my bank owners computer. They have stolen over a $150 million thru sending themselves illegal wire checks (they have my name on them), they spent over a year illegally in my Fairburn property with Rodney Monroe (ex police chief should be jailed by now), Gayle King, and many others in and out. They also had the Consolidated Bank owners machine there too moving money (I Am the owner).
It is time to have justice served, I continue to be a homeless billionaire.
Temporary mailing address due to obstruction of justice (not the mayors DWIGHT C JONES, L Douglas Wilder, MILES JEROME JONES, McCollough nor Thomas)

City of RICHMOND: OWNER
ANGELA RENÉE JONES   Myr OFFC
900 EAST BROAD STREET
RICHMOND, VIRGINIA 23219